**FILED**

Jun 16, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.    1:23-mj-00067  SAB |
| Plaintiff, | SEALING ORDER |
| v. | **UNDER SEAL** |
| ROY RICHARD TRUITT, AND AMBER LOUISE LOWE, | |
| Defendants. | |

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

Dated:        **Jun 15, 2023**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

1