1 | PHILLIP A. TALBERT
United States Attorney
2 | JEFFREY A. SPIVAK
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
5 |

6 | Attorneys for Plaintiff
United States of America
7 |

8 |

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,                    CASE NO.  1:23-CR-000131-ADA-BAM

12 |                              Plaintiff,        JOINT STATUS REPORT AND STIPULATION
REGARDING EXCLUDABLE TIME PERIODS
13 |                v.                             UNDER SPEEDY TRIAL ACT; ORDER

14 | ROY RICHARD TRUITT III, AND                  DATE: August 9, 2023
AMBER LOUISE LOWE,                           TIME: 1:00 p.m.
15 |                                              COURT: Hon. Barbara A. McAuliffe
                             Defendants.
16 |

17 |                          **STIPULATION**

18 |     1.     This case set for status conference on August 9, 2023. As set forth below, the parties now

19 | move, by stipulation, to continue the status conference to October 11, 2023, and to exclude the time

20 | period between August 9, 2023 and October 11, 2023 under the Speedy Trial Act.

21 |                          **STIPULATION**

22 |     Plaintiff United States of America, by and through its counsel of record, and defendant, by and

23 | through defendant's counsel of record, hereby stipulate as follows:

24 |     2.     By previous order, this matter was set for status conference on August 9, 2023.  By this

25 | stipulation, defendants now move to continue the status conference until October 11, 2023, and to

26 | exclude time between August 9, 2023, and October 11, 2023, under Local Code T4.

27 |     3.     The parties agree and stipulate, and request that the Court find the following:

28 |         a)     The government has represented that the discovery associated with this case

STIPULATION; [PROPOSED] ORDER                    1

1   includes numerous investigative reports, substantial volumes of computer forensics evidence,

2   and audio/video evidence.  All of this discovery has been either produced directly to counsel

3   and/or made available for inspection and copying.

4          b)     Counsel for defendants desire additional time to consult with his/her client,

5   review the charges, conduct investigation and research, review discovery and discuss potential

6   resolution of the case.

7          c)     Counsel for defendant believes that failure to grant the above-requested

8   continuance would deny him/her the reasonable time necessary for effective preparation, taking

9   into account the exercise of due diligence.

10         d)     The government does not object to the continuance.

11         e)     Based on the above-stated findings, the ends of justice served by continuing the

12  case as requested outweigh the interest of the public and the defendant in a trial within the

13  original date prescribed by the Speedy Trial Act.

14         f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

15  et seq., within which trial must commence, the time period of August 9, 2023 to October 11,

16  2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

17  T4] because it results from a continuance granted by the Court at defendant's request on the basis

18  of the Court's finding that the ends of justice served by taking such action outweigh the best

19  interest of the public and the defendant in a speedy trial.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION; [PROPOSED] ORDER

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated:  August 1, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
|  | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated:  August 1, 2023 | /s/ David A. Torres<br>David A. Torres<br>Counsel for Defendant Roy<br>Richard Truitt, III |
| Dated:  August 1, 2023 | /s/ Barbara O'Neill<br>Barbara O'Neill<br>Counsel for Defendant<br>Amber Louise Lowe |

## ORDER

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **October 11, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 2, 2023**        /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE

STIPULATION; [PROPOSED] ORDER