1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   BRITTANY GUNTER
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9               IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        | CASE NO. 1:23-CR-000131-ADA-BAM
   |                                  |
13 |            Plaintiff,            | JOINT STATUS REPORT AND STIPULATION
   |                                  | REGARDING EXCLUDABLE TIME PERIODS
   |      v.                          | UNDER SPEEDY TRIAL ACT; ORDER
14 |                                  |
   | ROY RICHARD TRUITT III, AND      | DATE: October 23, 2024
15 | AMBER LOUISE LOWE,               | TIME: 1:00 p.m.
   |                                  | COURT: Hon. Barbara A. McAuliffe
16 |            Defendants.           |

17

18                          **STIPULATION**

19      1.      This case set for status conference on October 23, 2024. As set forth below, the parties

20 now move, by stipulation, to continue the status conference to January 22, 2025, and to exclude the time

21 period between October 23, 2024 and January 22, 2025 under the Speedy Trial Act. If the case does not

22 resolve by January 22, 2025, the parties will be prepared to set trial at the January 22, 2025 hearing.

23                          **STIPULATION**

24      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

25 through defendant's counsel of record, hereby stipulate as follows:

26      2.      By previous order, this matter was set for status conference on October 23, 2024. By this

27 stipulation, defendants now move to continue the status conference until January 22, 2025, and to

28 exclude time between October 23, 2024, and January 22, 2025, under Local Code T4. If the case does

not resolve by January 22, 2025, the parties will be prepared to set trial at the January 22, 2025 hearing.

    3.      The parties agree and stipulate, and request that the Court find the following:

        a)      On April 16, 2024, the Court granted Defendant Lowe's request for new counsel. On April 17, 2024, new counsel made her appearance in the case.

        b)      The government has represented that the discovery associated with this case includes numerous investigative reports, substantial volumes of computer forensics evidence, and audio/video evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        c)      Counsel for defendants desire additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

        d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

        f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2024 to January 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 17, 2024                                              PHILLIP A. TALBERT
                                                                                            United States Attorney

                                                                                            /s/ JEFFREY A. SPIVAK
                                                                                            JEFFREY A. SPIVAK
                                                                                            Assistant United States Attorney

Dated:  October 17, 2024                                              /s/ David Torres
                                                                                            David Torres
                                                                                            Counsel for Defendant
                                                                                            Roy Richard Truitt III

Dated:  October 17, 2024                                              /s/ Galatea DeLapp
                                                                                            Galatea DeLapp
                                                                                            Counsel for Defendant
                                                                                            Amber Louise Lowe

## **ORDER**

IT IS SO ORDERED that the status conference is continued from October 23, 2024 to **January 22, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated:   **October 17, 2024**                                    /s/ Barbara A. McAuliffe
                                                                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION; [PROPOSED] ORDER                                 3