PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROY RICHARD TRUITT III, AND<br>AMBER LOUISE LOWE,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:23-CR-000131-ADA-BAM<br><br>JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: January 22, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. This case set for status conference on January 22, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference to March 12, 2025, and to exclude the time period between January 22, 2025 and March 12, 2025 under the Speedy Trial Act. While the parties originally anticipated being in a position to set trial on January 22, 2025, after further preparation and investigation, the parties need one additional continuance.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2. By previous order, this matter was set for status conference on January 22, 2025. By this stipulation, defendants now move to continue the status conference until March 12, 2025, and to exclude time between January 22, 2025, and March 12, 2025, under Local Code T4.

STIPULATION; ORDER　　　　　　　　　　1

3. The parties agree and stipulate, and request that the Court find the following:

   a) On April 16, 2024, the Court granted Defendant Lowe's request for new counsel. On April 17, 2024, new counsel made her appearance in the case.

   b) The government has represented that the discovery associated with this case includes numerous investigative reports, substantial volumes of computer forensics evidence, and audio/video evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   c) In December 2024, Counsel for Defendant Lowe conducted an evidence review in the case and raised certain issues about the evidence that need further investigation by the parties. Counsel for Defendant Truitt has also been in discussions with the government about certain issues.

   d) Counsel for defendants desire additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

   e) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   f) The government does not object to the continuance.

   g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 22, 2025 to March 12, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: January 14, 2025 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: January 14, 2025 | /s/ David Torres<br>David Torres<br>Counsel for Defendant<br>Roy Richard Truitt III |
| Dated: January 14, 2025 | /s/ Galatea DeLapp<br>Galatea DeLapp<br>Counsel for Defendant<br>Amber Louise Lowe |

## **ORDER**

IT IS SO ORDERED that the status conference is continued from January 22, 2025, to **March 12, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). However, in any further request for a continuance, the parties shall explain when they will be ready to set a trial date.
IT IS SO ORDERED.

Dated:  **January 14, 2025**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE