ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
BRITTANY GUNTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ROY RICHARD TRUITT III, AND AMBER LOUISE LOWE,<br><br>  Defendants. | CASE NO. 1:23-CR-000131-NODJ-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>DATE: October 8, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. This case set for jury trial on March 3, 2026, trial confirmation hearing on February 17, 2026, and status conference on October 8, 2025. Time is presently excluded under the Speedy Trial Act through and including the jury trial date of March 3, 2026.

2. The parties continue to work productively on plea negotiations. The United States has set a plea expiration date of November 3, 2025.

3. Accordingly the parties stipulate and request that the Court continue the October 8, 2025 status conference in this case to November 12, 2025.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: September 15, 2025 | ERIC GRANT<br>Acting United States Attorney<br><br>/s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: September 15, 2025 | /s/ David Torres<br>David Torres<br>Counsel for Defendant<br>Roy Richard Truitt III |
| Dated: September 15, 2025 | /s/ Galatea DeLapp<br>Galatea DeLapp<br>Counsel for Defendant<br>Amber Louise Lowe |

## ORDER

IT IS SO ORDERED that the status conference is continued from October 8, 2025, to **November 12, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time was previously excluded through March 3, 2026. At the November 12, 2025 status conference, the parties be prepared to discuss: (1) whether the parties anticipate they will be ready to proceed to trial on as scheduled; (2) what kind of motions and the number of motions each party anticipates will need to be resolved in advance of trial (e.g., in limine, motion to dismiss, suppression, other motions), (3) a proposed briefing schedule for resolution of the motions in advance of trial, and (4) any other information to aid the Court in keeping the trial date currently scheduled.

IT IS SO ORDERED.

Dated: **September 17, 2025**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE