ERIC GRANT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:23-CR-00131-SASP-BAM |
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA HEARING; ORDER |
| ROY RICHARD TRUITT III, | |
| Defendant. | |

The United States of America, by and through its counsel of record, Assistant United States Attorney Brittany M. Gunter, and defendant Roy Richard Truitt III, by and through defendant's counsel of record, David Torres, hereby stipulate as follows:

1.     The parties have reached a resolution and filed a plea agreement.  ECF 68.

2.     After conferring about available dates wherein counsel can appear, the parties request that the Court set a change of plea hearing for February 9, 2026.  The parties cleared the February 9 hearing date with the courtroom deputy.

///

///

///

STIPULATION TO SET CHANGE OF PLEA HEARING;
ORDER

1

3. Time was previously excluded through March 24, 2026.  ECF 65.

IT IS SO STIPULATED.

Dated:  January 9, 2026

ERIC GRANT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  January 9, 2026

/s/ DAVID TORRES
DAVID TORRES
Counsel for Defendant

**ORDER**

IT IS SO ORDERED that the jury trial set for March 24, 2026 and trial confirmation set for March 9, 2026 are vacated. A change of plea hearing is set for **February 9, 2026 at 10:00 a.m. in Courtroom 5 before the District Court Judge.**  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **January 10, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO SET CHANGE OF PLEA HEARING;
ORDER

2