Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471

Attorney for Defendant
Amber Louise Lowe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                 v.<br><br>ROY RICHARD TRUITT III AND AMBER LOUISE LOWE<br><br>                         Defendant. | Case No: 1:23-CR-000131-SASP-EPG<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Galatea DeLapp, counsel for Amber Louise Lowe ("the defendant"), and David A. Torres, counsel for Roy Richard Truitt ("the defendant"), that this action's **sentencing hearing set for May 4, 2026, be continued to August 24, 2026.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause, as follows:

1. Sentencing was initially set for May 4, 2026. However, ahead of sentencing, defense counsel informed the government that they needed additional time to consult with their clients to go over the presentence investigation report, and to work with their clients on informal objection

1

STIPULATION TO CONTINUE SENTENCING

issues.

2. One of the defendants, Amber Louise Lowe, is currently housed in Parhump, Nevada, and has requested to have digital materials related to her case sent to her. These items were sent. She requires additional time to review it before proceeding with issues and meetings with her counsel related to the presentence investigation report.

3. The courtroom deputy confirmed the Court's availability for a sentencing hearing on August 24, 2026.  Probation also confirmed its availability on that date.

4. The government and defendant counsels do not object to the continuance.

5. Accordingly, the parties request that the Court continue the sentencing hearing from May 4, 2026, to August 24, 2026.

IT IS SO STIPULATED.

Dated: April 13, 2026 _          /s/ GALATEA DELAPP_____
                    GALATEA DELAPP
                    Attorney for Defendant
                    Amber Louise Lowertega

Dated: April 13, 2026            /s/ DAVID TORRES _____ _____ __
                    DAVID TORRES
                    Attorney for Defendant
                    Roy Richard Truitt III

Dated:  April 13, 2026            ERIC GRANT
                    United States Attorney

                 By:  /s/ BRITTANY M. GUNTER_____
                    BRITTANY M. GUNTER
                    Assistant United States Attorney

2

STIPULATION TO CONTINUE SENTENCING

**O R D E R**

IT IS ORDERED that the sentencing hearing set for May 4, 2026, is continued to **August 24, 2026, at 10:00 a.m. before District Judge Dale A. Drozd in Courtroom #5.**

IT IS SO ORDERED.

Dated:  April 15, 2026

Troy L. Nunley
Chief United States District Judge

STIPULATION TO CONTINUE SENTENCING