ERIC GRANT
United States Attorney
DAVID GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROY RICHARD TRUITT III,<br>Defendant. | CASE NO. 1:23-CR-00131-SASP-EPG<br><br>STIPULATION TO RESET SENTENCING DATE; ORDER |

The United States of America, by and through its counsel of record, Assistant United States Attorney David Gappa, and defendant Roy Richard Truitt III, by and through defendant's counsel of record, David Torres, stipulate as follows:

1. The court has confirmed co-defendant Amber Lowe's sentencing hearing for November 16, 2026. Docket No. 83. At the hearing on August 24, 2026, which will focus on Lowe's representation, the government will urge the court to keep November 16, 2026, as a firm date, given the length of time the case has been pending, and the time that any new counsel will have to prepare for the sentencing hearing. A victim in the case has communicated their frustration at the number of continuances already granted and the adverse impacts on their family that have resulted from a lack of finality in the case.

2. There is significant overlap in the sentencing issues that the court will need to address for both defendants. The government believes that some efficiency can be achieved by having the probation

office, counsel for the parties, and the court keeping the co-defendants on the same schedule for sentencing.

3. The undersigned have conferred with the probation office and all are available on the requested new date.

IT IS SO STIPULATED.

Dated: July 28, 2026

ERIC GRANT
United States Attorney

/s/ DAVID GAPPA
DAVID GAPPA
Assistant United States Attorney

Dated: July 28, 2026

/s/ DAVID TORRES
DAVID TORRES
Counsel for Defendant

**ORDER**

Based upon the stipulation of the parties, the court finds good cause for the following:

IT IS ORDERED that the sentencing hearing is reset for **November 16, 2026.**

IT IS FURTHER ORDERED that the schedule for preparation of a final presentence investigation report (PSR) be amended as follows (as recommended by the probation office):

1. October 19, 2026: informal objections due
2. October 26, 2026: final PSR filed with the court
3. November 2, 2026: formal objections to the PSR filed with the court.
4. **No further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE